UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>        Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>        Defendants. | Civil Action No. 23-3136 (GMH) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please substitute the appearance of L'Shauntee Robertson and Diana Valdivia with the appearance of Erika Oblea, Assistant United States Attorney, as counsel of record for Defendants in the above-captioned case.

Dated: June 9, 2025

                                                              Respectfully Submitted,

                                                              */s/ Erika Oblea*
                                                              ERIKA OBLEA
                                                              Assistant United States Attorney
                                                              D.C. Bar #1034393
                                                              601 D Street, N.W., 7th Floor
                                                              Washington, D.C. 20530
                                                              Tel: (202) 252-2567
                                                              Email: Erika.Oblea@usdoj.gov

                                                              *Counsel for the Defendants*