UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br><br>      Defendants. | Civil Action No. 23-3136 (GMH) |

**JOINT STATUS REPORT**

Pursuant to the Court's April 11, 2025, Minute Order, Plaintiff, Federation For American Immigration Reform, and Defendants the U.S. Department of Homeland Security and its component, U.S. Citizenship and Immigration Services (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully submit the following joint status report in this Freedom of Information Act ("FOIA") case that arises from Plaintiff's April 26, 2023, FOIA request.

1. The Parties report that settlement discussions are ongoing. Specifically, on April 10, 2025, Plaintiff's counsel provided counsel for Defendants with a fee demand. Defendants are reviewing the fee demand, but require additional time in order to respond. This additional time is required as counsel for Defendants was only recently transferred this case from the previous Assistant U.S. Attorney, who departed the office last Friday.

\*   \*   \*

2. The Parties therefore propose that they submit another joint status report on or before August 11, 2025, to update the Court on the progress of their settlement discussions.

Dated: June 10, 2025                                      Respectfully submitted,

*/s/ David Leon Jaroslav*
DAVID LEON JAROSLAV                     JEANINE FERRIS PIRRO
MATTHEW JAMES O'BRIEN                  United States Attorney
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 33                                                    By: */s/ Erika Oblea*
Washington, D.C. 20001                            ERIKA OBLEA, D.C. Bar #1034393
Tel: 571-236-8146                                        Assistant United States Attorney
djaroslav@irli.org                                        601 D Street, N.W.
                                                                    Washington, D.C. 20530
*Counsel for Plaintiff*                                Phone: (202) 252-2567
                                                                    Erika.oblea@usdoj.gov

                                                                    *Attorneys for the United States of America*

2