UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERATION FOR AMERICAN IMMIGRATION REFORM,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 23-3136 (GMH) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: July 25, 2025                                          Respectfully submitted,

*/s/ David Leon Jaroslav ("By Permission")*
DAVID LEON JAROSLAV                          JEANINE FERRIS PIRRO
MATEO FORERO-NORENA                          United States Attorney
Immigration Reform Law Institute
25 Massachusetts Avenue, N.W.
Suite 33                                                      By: */s/ Erika Oblea*
Washington, D.C. 20001                                   ERIKA OBLEA, D.C. Bar #1034393
Tel:  571-236-8146                                           Assistant United States Attorney
djaroslav@irli.org                                            601 D Street, N.W.
                                                                    Washington, D.C. 20530
                                                                    Phone: (202) 252-2567
*Counsel for Plaintiff*                                      Erika.oblea@usdoj.gov

                                                                    *Attorneys for the United States of America*